UVALDE ASHPALT PAVING COMPANY, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

*Uvalde Asphalt Paving Co.* v. *City of New York*, 154 App. Div. 112, affirmed.

(Argued April 30, 1914; decided May 15, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 24, 1912, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action on contract.

*Frank L. Polk, Corporation Counsel (Terence Farley* of counsel), for appellant.

*Leo G. Rosenblatt* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, CUDDEBACK and CARDOZO, JJ. Not sitting: MILLER, J.